*Certified Questions Declined June 26, 1985:*

In re CERTIFIED QUESTIONS, MICHIGAN EDUCATIONAL EMPLOYEES MUTUAL INSURANCE COMPANY v LEADER NATIONAL INSURANCE COMPANY, No. 75100. The certified questions presented to this Court by the United States District Court for the Eastern District of Michigan are considered and the Court declines to answer the certified questions. WILLIAMS, C.J., and LEVIN, J., would answer the certified questions.